638

Elsie C. Moore, appellee, v. Mutual Construction Company et al., on appeal of Crowe Brothers, appellants. Gen. No. 33,057.

Opinion filed March 11, 1929. Rehearing denied March 25, 1929.
Monahan & Monahan, for appellants. Earl J. Walker, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

Channing M. Wells et al., appellees, v. George W. Durst Chevrolet Company, appellant. Gen. No. 33,075.

Opinion filed March 11, 1929.
Levinson, Rein & Fink, for appellant; Theodore E. Rein and Sigmund A. Fink, of counsel. John A. Burke, for appellees; Joseph D. Daly, of counsel.
Mr. Justice McSurely delivered the opinion of the court.

Frank Niedospiel, defendant in error, v. Catherine Niedospiel et al., plaintiffs in error. Gen. No. 33,151.

Opinion filed March 11, 1929.
Stephen A. Thieda, for plaintiffs in error; Charles A. Williams, of counsel. Myer H. Gladstone, for defendant in error.
Mr. Justice McSurely delivered the opinion of the court.

Ole N. Olsen, administrator of the estate of Minnie Olsen, deceased, plaintiff in error, v. Riverview Park Company, defendant in error. Gen. No. 33,270.

Opinion filed March 11, 1929. Rehearing denied March 25, 1929.
James C. McShane, for plaintiff in error. Eugene P. Kealy and Murphy O. Tate, for defendant in error.
Mr. Justice McSurely delivered the opinion of the court.